UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

GARY MITCHELL,
        Plaintiff,        Civil Action No.: 13-11620
                                    Honorable David M. Lawson
v.                                Magistrate Judge Elizabeth A. Stafford

JERRY CLAYTON, MARK
PTASZEK, SHERRY WOODS,
LIEUTENANT CASEY,
COMMANDER KUNATH,
LIEUTENANT GREENFIELD,
SERGEANT REISS, SERGEANT
GARCIA, SERGEANT WILLIAMS,
SERGENAT WEZNER, CARLA
WILSON, JANE DOE AND JOHN
DOE,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS'
## MOTION TO EXTEND DISCOVERY [49]

On January 30, 2015, the Court held a scheduling conference between the parties and issued a scheduling order whereby discovery was scheduled to close on April 15, 2015. [47]. Defendants move for a one-day extension of that deadline, asserting that although they scheduled *pro se* plaintiff Gary Mitchell's deposition for either April 14 or April 15, neither day worked within his schedule. [49]. Defendants state that the parties have agreed to schedule the deposition for April 16, 2015, and that Mitchell

has verbally agreed to the one-day extension of the discovery deadline to accommodate the deposition. Defendants have been unable, however, to obtain written confirmation.

Because Defendants have shown good cause for an extension of the discovery deadline pursuant to Rule 6(b)(1), Defendants' motion [49] is **GRANTED**. Discovery will close in this case on **April 16, 2015**.

**IT IS SO ORDERED.**

Dated: April 10, 2015              s/Elizabeth A. Stafford
Detroit, Michigan                  ELIZABETH A. STAFFORD
                                   United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 10, 2015.

                                      s/Marlena Williams
                                      MARLENA WILLIAMS
                                      Case Manager